UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EVERBANK, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 09-4617 (FSH) |
| | : | |
| v. | : | |
| | : | |
| LUFTI ALZUBI, ET AL., | : | ORDER OF REFERENCE TO |
| | : | MEDIATION |
| Defendants. | : | |

The Court having adopted Local R.Civ.P. 301.1, which provides for mediation of civil actions; and it appearing that mediation of this civil action would conserve the resources of the Court and the parties and would be in the best interests thereof; and for the reasons discussed on January 6, 2011; and for good cause shown;

It is on this 6th day of January, 2011

ORDERED THAT:

1. This civil action be, and it hereby is, referred to mediation pursuant to Local Civil Rule 301.1. Judge Boyle shall serve as the mediator. No later than **February 15, 2011**, the parties shall provide the Court with the date on which the mediation shall commence;

2. All proceedings in this civil action are not stayed and all deadlines shall remain in full force and effect; and

3. There shall be a telephone conference with the Undersigned on **February 25, 2011 at 9:30 a.m.** Plaintiff shall initiate the telephone call.

                                                    s/Patty Shwartz
                                                    United States Magistrate Judge

cc: Hon. Madeline Cox Arleo
     Carol Coleman
     Judge Boyle

.